JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARAL MAVYAN,<br><br>        Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendant(s). | Case No.: 8:21-cv-01088-DOC-(JDEx))<br><br>**ORDER RE STIPULATION TO DISMISS WITH PREJUDICE  [14]** |

## <u>ORDER RE STIPULATION TO DISMISS WITH PREJUDICE</u>

The Stipulation to Dismiss Plaintiff's individual claims with Prejudice is hereby Approved.  All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: ___August 24, 2021___

By:_____

David O. Carter

United States District Judge

- 1 -

ORDER